An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JULIE JOE LOGSDEN MELLOR,<br>Appellant,<br>vs.<br>MATTHEW ALLEN MELLOR,<br>Respondent. | No. 67395 |

**FILED**

JUN 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER GRANTING MOTION TO DISMISS APPEAL

This is an appeal from district court orders entered in a divorce and child custody matter. Eighth Judicial District Court, Family Court Division, Clark County; Sandra L. Pomrenze, Judge.

Respondent has filed a motion to dismiss the appeal on the grounds that the order appealed from is not a final judgment because it does not resolve all claims as to all parties. *See* NRAP 3A. The motion is opposed.[1] Having reviewed the documents before this court and having considered the arguments of the parties, we conclude that respondent's motion has merit. It appears no final judgment has been entered and that claims and issues remain pending between the parties below. *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000) ("[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs."); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev.

---

[1]Cause appearing, we grant appellant's untimely motion for leave to file a late opposition to the motion to dismiss. The clerk of this court shall file the opposition received on April 9, 2015.

15-16601

920, 605 P.2d 196 (1979). The district court's written order of January 6, 2015, specifically provides that the matter is continued for further evidentiary proceedings, based on appellant's express request for the continuance. The minute order of December 24, 2014, is likewise not final for the same reasons. *See also Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 688-89, 747 P.2d 1380, 1381-82 (1987) (explaining that a minute order is ineffective for any purpose and cannot be appealed, and that a written order or judgment must be filed before a district court ruling can be appealed). The notice of appeal is premature under NRAP 4(a) because the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties. Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.[2]

_____, J.
Parraguirre

_____, J.          _____, J.
Douglas                                 Cherry

cc:  Hon. Sandra L. Pomrenze, District Judge, Family Court Division
     Robert E. Gaston, Settlement Judge
     Bourke Law Ltd.
     The Law Offices of Patrick Driscoll, LLC
     Eighth District Court Clerk

--------

[2]Appellant's motion for late filing of the fast track statement, filed on May 18, 2015, is denied as moot.